No. 96–8776.  GELIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8777.  CANNON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8779.  OGLETREE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8781.  SOMERS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 96–8784.  KIMBLE, AKA KIMBALL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8785.  LAWANSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–8787.  MOLINA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 96–8789.  BALL v. BOOKER, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 96–8792.  THORNTON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–8794.  VINES v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 96–8795.  WIMBUSH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8799.  DIALLO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 96–8801.  DOBYNS ET AL. v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 96–8802.  EDWARDS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8806.  ROGERS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–8807.  DUNCAN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.